RECEIVED
SDNY PRO SE OFFICE

2025 MAY 29 PM 2:13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rose Williams Zamiyah Dukes
Devon Laing
_____
Write the full name of each plaintiff.

25 CV 4598

(Include case number if one has been assigned)

-against-

Sean Combs, Cassie Ventura, Jacquline Pearo
Souter, Akron laus, Robin Korasyk
_____

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Due process 14th amendment right to privacy

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, Officer Sauler, Akram lavis, Robin Konasyk, family cart Sean Combs, Cassie Ventura, Jacqueline Davis is a citizen of the State of
(Defendant's name)

New York

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, family Cart , is incorporated under the laws of

the State of New York

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Rose _____ Williams
First Name         Middle Initial    Last Name

5 Jloot walk 1h brooklyn NY 11201
Street Address

Kings _____ NY _____ 11201
County, City       State            Zip Code

(347)-471-0469      rmwrosewilliams@gmail.com
Telephone Number     Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Sean Combs
First Name / Last Name

Inmate
Current Job Title (or other identifying information)

MDC
Current Work Address (or other address where defendant may be served)

Brooklyn       NY       11220
County, City       State       Zip Code

Defendant 2: Cassie Ventura
First Name / Last Name

Sean Combs ex girlfriend
Current Job Title (or other identifying information)

500 Pearl St Manhattan NY
Current Work Address (or other address where defendant may be served)

Manhattan       NY       10007
County, City       State       Zip Code

Defendant 3: Jacqualine Deane
First Name / Last Name

Judge
Current Job Title (or other identifying information)

family court 330 Jay st
Current Work Address (or other address where defendant may be served)

Brooklyn       NY       11201
County, City       State       Zip Code

Page 4

Def 5

Officer Sauter
Cart officer
family Cart 330 Jay st
Brooklyn NY 11201

Def 6

Robin Karasyk
Attorney
family Cart
Brooklyn NY 11201

Def 7

family Cart
family Cart
330 Jay st
Brooklyn NY 11201

Defendant 4: Akram Louis
First Name / Last Name

Attorney
Current Job Title (or other identifying information)

family Court 330 Jay st
Current Work Address (or other address where defendant may be served)

brooklyn   NY   11201
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Dollhouse sunny isles florida, Bellagio, CNN on tv, Youtube, internet, family Court

Date(s) of occurrence: 4/1/08, 08/08, present, 4/18/25

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Sean Combs chased me from Miami to Vegas 4/1/08 - 8/19/08. Videos were leaked of me altered and people and Cassie is claiming its her. I confirmed with Bellagio and Ava law grap the original Video. My children were kidnapped 4/18/25. Under false allegations. Under a set up, evidence was manipulated and with held. My kids were denied proper child care. My kids were placed in the my killers home. I was ambushed threatened by court staff. I was told I will never see my kids again if I go to a higher court.

Page 5

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My kids and I are traumatized we have gone to counseling. We have

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$900 trillion for damages defamation of character, gender base violence, discrimination false allegations attempted murder kidnapping public humiliation

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 5/29/25

Plaintiff's Signature

First Name: Rose

Middle Initial:

Last Name: Williams

Street Address: 5 Hoet walk

County, City: Kings

State: NY

Zip Code: 11201

Telephone Number: (347)-471-0469

Email Address (if available): rmwrosewilliams@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

  If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.